

Laura A. Thornberry
9305 Wellington Park Circle
Tampa, Florida 33647
Telephone 813.973.4269
jbthornberry@aol.com
Plaintiff, Pro per

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | | |
|---|---|---|
| LAURA A. THORNBERRY, | ) | CIVIL ACTION NO. |
| Plaintiff, Pro per | ) | 8:11-cv-01954-VMC-AEP |
| v. | ) | |
| JAFFE & ASHER, L.L.P. | ) | MOTION FOR ENTRY OF |
| Defendant, | ) | DEFAULT |
| | ) | |
| _____ / | | |

## MOTION FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff, LAURA A. THORNBERRY, respectfully submits this request for entry of default of defendant JAFFE & ASHER, L.L.P. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 1.07(b) for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Laura A. Thornberry.

Prepared and Respectfully submitted, with a prayer for Divine Intervention in these matters, for who we are and who we represent in all aspects and issues before the court, activation of Divine Law, through Decree, Divine Right Order® and submitted this 21st day of February 2012.

*Laura A. Thornberry* (signature)

Laura A. Thornberry
9305 Wellington Park Circle
Tampa, FL 33647
Telephone 813-973-4269
Fax 813-973-8497
jbthornberry@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing **MOTION FOR ENTRY OF DEFAULT**, regarding LAURA A. THORNBERRY vs. JAFFE & ASHER, L.L.P., was placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of said defendant, and said envelope was deposited in the United States mail on the 21st day of February 2012:

Jaffe & Asher, LLP
600 Third Ave.
New York, NY 10016

*Laura A. Thornberry* (signature)
Laura A. Thornberry, Plaintiff, Pro per
9305 Wellington Park Circle
Tampa, FL 33647
Telephone 813-973-4269
Fax 813-973-8497
jbthornberry@aol.com