UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-01954-VMC-AEP

LAURA A. THORNBERRY,

    Plaintiff,

vs.

JAFFE & ASHER, LLP,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel for Defendant, JAFFE & ASHER, LLP, in the above entitled-action. Pursuant to applicable Federal Rules of Civil Procedure, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

> DREW BEINHAKER, ESQ
> HENSCHEL & BEINHAKER, P.A.
> Attorney for Defendant
> 3475 Sheridan Street, Suite 305
> Hollywood, FL 33021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 8 day of March, 2012, to LAURA A. THORNBERRY, 9305 WELLINGTON PARK CIRCLE, TAMPA, FL 33647, and the Clerk of Court.

> HENSCHEL & BEINHAKER, P.A.
> Attorney for Defendant
> JAFFE & ASHER, LLP
> 3475 Sheridan Street, Suite 305
> Hollywood, FL 33021
> (954) 964-4780
>
> By: _____
>     DREW BEINHAKER
>     FBN: 0163538