Laura A. Thornberry
9305 Wellington Park Circle
Tampa, Florida 33647
Telephone 813.973.4269
jbthornberry@aol.com
Plaintiff, Pro per



2012 MAR 26

US DIS,
MIDDLE DISTRICT
TAMPA, FL

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | | |
|---|---|---|
| LAURA A. THORNBERRY, | ) | CIVIL ACTION NO. |
| Plaintiff, Pro per | ) | 8:11-cv-01954-VMC-AEP |
| v. | ) | EXHIBIT 1 REGARDING PLAINTIFF'S REPLY TO DEFENDANT'S DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FOR LEAVE TO FILE A RESPONSIVE ANSWER |
| JAFFE & ASHER, L.L.P. | ) | |
| Defendant, | ) | |
| | ) | |

**EXHIBIT 1 REGARDING PLAINTIFF'S REPLY TO DEFENDANT'S DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FOR LEAVE TO FILE A RESPONSIVE ANSWER**

COMES NOW the Plaintiff, LAURA A. THORNBERRY, respectfully submits the attached Exhibit 1 that was inadvertently omitted from her "Plaintiff's Reply to Defendant's Declaration in Opposition to Plaintiff's Motion for Entry of Default and for Leave to File a Responsive Answer" filed with the Clerk of Court 03/23/2012, hereinafter, "Plaintiff's Reply".

Plaintiff does apologize for this omission and ask that the Court consider this Exhibit 1 when considering Plaintiff's Reply.

Prepared and Respectfully submitted, with a prayer for Divine Intervention in these matters, for who we are and who we represent in all aspects and issues before the court, activation of Divine Law, through Decree, Divine Right Order® and submitted on/about this 24th day of March 2012.

Laura A. Thornberry
9305 Wellington Park Circle
Tampa, FL 33647
Telephone 813-973-4269
Fax 813-973-8497
jbthornberry@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing **EXHIBIT 1 REGARDING PLAINTIFF'S REPLY TO DEFENDANT'S DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FOR LEAVE TO FILE A RESPONSIVE ANSWER**, regarding LAURA A. THORNBERRY vs. JAFFE & ASHER, L.L.P., was placed in a postage-paid envelope addressed to the defendant, at the address stated below and said envelope was deposited in the United States mail on or about the 24th day of March 2012:

DREW BEINHAKER, ESQ
HENSCHEL & BEINHAKER, P.A.
3475 Sheridan Street, Suite 305
Hollywood, FL 33021


USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LAURA A. THORNBERRY | 8:11-CV-1954-T-33AEP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JAFFE & ASHER, L.L.P. | SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JAFFE & ASHER, L.L.P.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
600 THIRD AVENUE, NEW YORK, NY 10016

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

LAURA A. THORNBERRY
9305 WELLINGTON PARK CIRCLE
TAMPA, FL 33647

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

NORMAL SERVICE TO NY ADDRESS SHOWN ABOVE; Principals acceptable for service include any "one" of the following: Sanford S. Asher, Gregory E. Galterio, Gregg Girard, Ira N. Glauber, Rocco Luisi, Donald Luke, Lawrence M. Nessenson, Marshall T. Potashner, J.D. Rainey, or Mehdi Touhidi.
DEFENDANT WILL HAVE 21 DAYS TO ANSWER.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*/s/ Laura A. Thornberry*
TELEPHONE NUMBER: 813.973.4269
DATE: 11/16/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| (Sign only for USM 285 if more than one USM 285 is submitted) | 1/1 | No. 018 | No. 018 | Kimberly K Elshok | 12-16-11 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Sanchez
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 12-23-11
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: Kimberly K Elshok

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
Cert. Certified #: 7010 3090 0001 3260 4114
Returned to Clerk of the Court
RETURN RECEIPT ATTACHED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

**Exhibit 1**

Form USM-285
Rev. 12/15/80
Automated 01/00



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7010 3090 0001 3260 4114
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 1:33 pm on December 23, 2011 in NEW YORK, NY 10016.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

**Detailed Results:**
- Delivered, December 23, 2011, 1:33 pm, NEW YORK, NY 10016
- Arrival at Unit, December 23, 2011, 8:10 am, NEW YORK, NY 10016
- Processed through USPS Sort Facility, December 22, 2011, 2:03 am, NEW YORK, NY 10199

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA      

**Exhibit 1**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

1/14/2012