UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LAURA A. THORNBERRY,**

    **Plaintiff,**

    v.                                                          **Case No:  8:11-CV-1954-T-33AEP**

**JAFFE & ASHER, L.L.P.,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the Court on the Plaintiff's Motion for Entry of Default (Dkt. No. 11), in which the Plaintiff requests that the Court enter a default for the Defendant under Federal Rule of Civil Procedure 55(a) for its failure to plead or otherwise defend this action.  In its Declaration in Opposition to Plaintiff's Motion for Entry of Default and for Leave to File a Responsive Pleading (Dkt. No. 14), the Defendant claims that a default is not appropriate since it has never been properly served in compliance with Federal Rule of Civil Procedure 4.  The Court notes that there is indeed no record of the Defendant having been properly served.  However, the Defendant has agreed to execute a waiver of service and answer or otherwise file a responsive motion to the Complaint within twenty (20) days of the Court's ruling on the current motion.  (Dkt. No. 14 at 5.)  The Court finds that the Defendant's proposal is appropriate.  Accordingly, and after due consideration, it is **ORDERED** that the Plaintiff's Motion for Entry of Default (Dkt. No. 11) is **DENIED**, and the Defendant shall have until May 8, 2012 to execute a waiver of service and file a responsive pleading to the Complaint.

**Done and Ordered** at Tampa, Florida, this 18th day of April, 2012.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:

Parties of Record

Plaintiff, *pro se*